SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JILL M. PIETRINI (Cal. Bar No. 138335)
  jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
  pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   (310) 228-3700
Facsimile:    (310) 228-3701

CHRIS PONDER (Cal Bar. 296546)
  cponder@sheppardmullin.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone:   (650) 815-2676
Facsimile:    (650) 815-2601

Attorneys for Plaintiff
WARGAMING.NET LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARGAMING.NET LIMITED, a Cyprus limited company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 2:21-cv-01066<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Wargaming.net Limited ("Wargaming") hereby files this complaint against defendant Apple, Inc. ("Apple") and alleges as follows:

## PRELIMINARY STATEMENT

1.     This is a copyright infringement action against Apple for marketing, hosting, and distributing third-party Press Fire Games, LLC f/k/a BlitzTeam LLC's ("BlitzTeam") mobile game *Battle Prime*, which copies and uses Wargaming's copyrighted source code without Wargaming's authorization or permission.

2.     Certain BlitzTeam personnel worked for Wargaming in its *World of*

*Tank Blitz* ("WOTB") product group and were known as "The Blitz Team" amongst Wargaming's employees and management and by the community of international computer programmers that develop game properties.

3. Until just before The Blitz Team's separation from Wargaming, the WOTB product group was led by Andrei Karpiuk, Vitali Baradouski, Stsiapan Drozd, and Dzimitry Babraunichy (collectively, the "DAVA Individuals"). The DAVA Individuals were afforded a high-level of autonomy to manage the WOTB product group and were richly compensated for their efforts. In addition to ordinary employment compensation, the DAVA Individuals received additional payments exceeding $10,000,000, which included a share of WOTB's net revenue.

4. In April 2017, the DAVA Individuals announced that they intended to leave Wargaming to start their own video game company. The DAVA Individuals and Wargaming parted ways in April 2018 after a year of failed negotiations for a new business arrangement. Within days, The Blitz Team formed BlitzTeam and hired away more than thirty of Wargaming's employees. Until recently, BlitzTeam used various BLITZ trademarks for mobile computer games and used a trade name in violation of Wargaming's trademark rights and, as pertinent to Wargaming's claims asserted herein against Apple, have impermissibly used Wargaming's source code to develop *Battle Prime*.

5. BlitzTeam has earned significant revenues related to *Battle Prime*, mainly through the sale of "in-app" purchases. Apple has been actively distributing *Battle Prime* to consumers in the United States through the Apple App Store and, on information and belief, promoting *Battle Prime* on its websites and collecting all the revenue generated from *Battle Prime* on the platform and keeping a substantial share of that revenue. Wargaming submitted a takedown notice to Apple pursuant to 17 U.S.C. § 512, *et seq.*, notifying it that *Battle Prime* infringes Wargaming's copyright. Instead of disabling access to or removing *Battle Prime*, Apple instead decided that it would be more profitable to collect its revenue share from *Battle*

1    *Prime* and continue its unlawful distribution.

2    6.    As a result of Apple's continued marketing, hosting, and distribution

3 of *Battle Prime* despite receipt of Wargaming's takedown notice, Wargaming is

4 entitled to the relief requested herein, including monetary relief and injunctive relief

5 to the maximum extent permitted by law.

6                         **JURISDICTION**

7    7.    This action arises under the copyright laws of the United States, 17

8 U.S.C. § 101, *et seq.* This Court has jurisdiction under 28 U.S.C. § 1338 and 17

9 U.S.C. § 501.

10    8.    Venue is proper under 28 U.S.C. §§ 1391(b) and (c) in this case

11 because, on information and belief, Apple is subject to personal jurisdiction in this

12 District and/or a substantial part of the events or omissions giving rise to the instant

13 claims occurred in this District.

14                           **PARTIES**

15    9.    Wargaming is a Cyprus limited company, having its principal place of

16 business in Nicosia, Cyprus, with United States offices in Austin, TX, Bellevue,

17 WA, and Chicago, IL. Wargaming is actively engaged in business in the U.S. For

18 example, Wargaming actively sells and promotes its games in the U.S., and has

19 held game competitions in New York under the name Blitz Twister Cup, promoted

20 the 2017 Mobile Masters tournament in Las Vegas, NV and 2018 tournament in

21 Seattle, WA, and engaged in various promotions and hired a U.S. public relations

22 company in order to target U.S. consumers.

23    10.    On information and belief, Apple is a California corporation having its

24 principal place of business in Cupertino, CA, with other offices in California,

25 including Los Angeles, CA.

26    11.    Apple is subject to general personal jurisdiction in this District because

27 it has its principal place of business in California.

28

1

**WARGAMING'S BUSINESS**

2          12.     Wargaming is recognized internationally as one of the leading

3    developers and publishers of multiplayer online video games that are built upon a

4    "freemium" business model.  Under the "freemium" business model, games are

5    free-to-play, but participants also have the option of paying a fee for use of

6    "premium" features.  Such premium features may be purchased through

7    Wargaming's own online store located at <https://na.wargaming.net/shop/.>

8          13.     Wargaming develops video games for Windows and Mac computers,

9    as well as for mobile devices such as mobile phones and tablets, both Android and

10   Apple devices.

11         14.     Currently seven of Wargaming's video games are on the market,

12   which, as of approximately March 2020, collectively had more than 332,000,000

13   registered players worldwide.  Attached as **Exhibit A** are true and correct copies of

14   extracts from Wargaming's websites <Wargaming.com> and <Wargaming.net>, as

15   well as Wargaming's online shop.

16         15.     Wargaming's video games are distributed and made available to

17   consumers in the U.S. and worldwide through Wargaming Game Center,  the video

18   game digital distribution service "Steam" operated by Valve Corporation, mobile

19   app platforms such as Apple's App Store (for Apple iOS devices) and Google Play

20   (for Android devices), and on such consoles as Xbox and PlayStation.

21

***WORLD OF TANKS BLITZ* GAME**

22         16.     One of Wargaming's video games is *World of Tanks*, which was

23   initially launched in 2009.  It focuses on player vs. player gameplay with each

24   player controlling an armored vehicle.  The *World of Tanks* game was very

25   successful, and versions of it were later released for play on multiple gaming

26   consoles, such as PlayStation 4, PlayStation 5, Xbox 360, Xbox One, and Xbox

27   Series X.

28         17.     In 2013, Wargaming expanded its *World of Tanks* game with the

- 4 -

announcement of ***World of Tanks Blitz***, a mobile game for tablets and smartphones using Windows 10, Android, and iOS.  The *World of Tanks Blitz* game was released (on iOS only) on May 2014 in Europe and on June 27, 2014 in North America (again, on iOS only).  The Android version of the *World of Tanks Blitz* game was released worldwide on December 4, 2014.  And the Windows 10 version of the *World of Tanks Blitz* game was released in the Windows Store on December 28, 2015.  On November 9, 2016, the PC version of the *World of Tanks Blitz* game was also released on Valve Corporation's Steam, a video game digital distribution service, separately from the standard PC version of the *World of Tanks* game, which is also available on Steam.  Although the *World of Tanks Blitz* game is based on the *World of Tanks* game, it is a different game with different game sessions.

18.     Wargaming's *World of Tanks Blitz* game was developed by a team of computer programmers working within the Wargaming Group that came to be known as "The Blitz Team."  The Wargaming Group is a group of affiliates of Wargaming, including, without limitation, Wargaming.net Limited and Game Stream JLLC.  Attached hereto as **Exhibit B** are true and correct copies of relevant screenshot extracts from Wargaming's Facebook Workplace platform showing the use of the term "Blitz Team."

19.     Wargaming's *World of Tanks Blitz* game has been a huge success amongst gamers across the U.S. and worldwide, and WORLD OF TANKS BLITZ is a well-known, if not famous, trademark by reason of its extensive use and reputation.

20.     Since its launch in 2014 and up until approximately March 2020, there have been more than 20 million downloads of the *World of Tanks Blitz* game, generating millions of dollars in revenue.  On average, there are 300,000 monthly active users of the game in the U.S.

21.     According to Newzoo, the world's leading provider of market intelligence covering the global games, esports, and mobile markets

(www.newzoo.com), as of approximately March 2020, Wargaming is the 7th highest grossing mobile game publisher in Eastern Europe.

22.     The popularity and the success of the *World of Tanks Blitz* game is demonstrated by the significant number of installs the game has had in the U.S. over the last few years.  In 2014, the game was downloaded nearly 1.1. million times in the U.S.; in 2015, more than 1.3 million downloads; in 2016, more than 1.35 million downloads; in 2017, more than 950,000 downloads; in 2018, almost 800,000 downloads; and in 2019, more than 800,000 downloads.  In the U.S., as of January 2020, it is estimated that there are more than 242,000 monthly active users of the *World of Tanks Blitz* game.  At times, there have been more than 400,000 monthly active users of the game.

23.     Due to the popularity of the *World of Tanks Blitz* game, the game is commonly known and referred to as *Blitz*.

24.     Wargaming has held and sponsored special events, published print advertisements, engaged athletes as partners, engaged internet influencers, and sponsored game competitions, all promoting, marketing, and advertising the WORLD OF TANKS BLITZ and BLITZ trademarks in the U.S.  One of the most significant promotional and marketing events is the Blitz Twister Cup, which has been running successfully for the past four years.  The Blitz Twister Cup is an international gaming tournament centered around the *World of Tanks Blitz* game, and other Wargaming's *Blitz* games (*see infra*), with various teams from around the globe who compete for a cash prize.  The Blitz Twister Cup is considered the final of the international tournament since teams need to complete the preliminary rounds in order to compete in the Blitz Twister Cup.  In the 2018 Blitz Twister Cup preliminaries, more than 600 teams competed for a ticket to the final.  The Blitz Twister Cup is streamed and broadcasted with thousands of people watching the progression of their team in the tournament.  In November 2019, six teams from around the world participated in the Blitz Twister Cup final.  In total, 223 websites

1  with an online readership of 3.64 billion people covered the 2019 Blitz Twister

2  Cup, with an estimate of 27 million views.

3        25.    Wargaming has also promoted its WORLD OF TANKS BLITZ and

4  BLITZ trademarks on social media, including collaborating with various

5  YouTubers and content creators for the promotion of the *World of Tanks Blitz* video

6  game platform in June 2019.  YouTubers Younes Jones, who has a following of

7  1.26 million subscribers, AviveHD with 1.86 million subscribers, Simon Desue

8  with 4.31 million subscribers, and JuniorTVLife with 1.26 million subscribers,

9  created videos which depicted their experience playing the *World of Tanks Blitz*

10  game.

11        26.    Since its launch, Wargaming's *World of Tanks Blitz* game has received

12  numerous awards and nominations worldwide.  For example, the *World of Tanks*

13  *Blitz* game was nominated by PocketGamer.com – a leading website that focuses on

14  mobile, portable, and handheld games – for "Best Mobile Esport" for the year 2020,

15  which is an annual award recognizing and celebrating the most impressively

16  implemented and strategically sustained mobile e-sport experience of the relevant

17  year.  The "Best Mobile Esport" award, together with other video game awards

18  collectively known as "The Pocket Gamer Mobile Games Awards," are amongst

19  the most prestigious awards in the video game industry.

20                    ***WORLD OF WARSHIPS BLITZ* GAME**

21        27.    Another well-known video game developed and published by

22  Wargaming is the game *World of Warships*, a free-to-play naval warfare-themed

23  Massively Multiplayer Online ("MMO") video game.  The *World of Warships*

24  game was released worldwide in September 2015.

25        28.    In 2018, Wargaming expanded globally *World of Warships* to mobile

26  platforms with the announcement of *World of Warships Blitz*, a mobile version

27  of *World of Warships* for tablets and smartphones using Windows

28  10, Android, and iOS.  The *World of Warships Blitz* game is a free-to-play mobile

action MMO that plunges users into intense naval combat of the first half of the
20th century.

29.     On July 14, 2017, Wargaming completed a beta/soft launch of the
*World of Warships Blitz* mobile video game, and on January 17, 2018, the game
was launched globally.  Since its launch, the *World of Warships Blitz* game has
been a huge success amongst gamers in the U.S. and worldwide, and WORLD OF
WARSHIPS BLITZ has acquired the status of a famous, or at least well-known,
trademark by reason of its extensive use and reputation.

30.     Since its launch in January 2018, there have been more than 16 million
downloads of the *World of Warships Blitz* game.  Each month, there are
approximately one million users actively playing the game.

31.     In 2019, Wargaming's *World of Warships Blitz* game was given the
People's Choice award at the Mobile Games Awards.  The Mobile Games Awards
is a yearly celebration of the greatest games and developers around the world given
by the readers of PocketGamer.com.

32.     The *World of Warships Blitz* game is the subject of substantial
publicity, including descriptions, reviews, and discussions of, and news about, the
game on a global basis, including in the U.S.

33.     Given the success and reputation acquired by Wargaming's *World of
Tanks Blitz* and *World of Warships Blitz* games, Wargaming is currently in the
process of developing additional *Blitz* video games with a military theme.

34.     Since adopting and using the trademark WORLD OF TANKS BLITZ,
WORLD OF WARSHIPS BLITZ, and BLITZ to identify certain of Wargaming's
mobile video games, Wargaming has incurred (and continues to incur) significant
amounts in promotional, marketing, and advertising expenses to establish and
maintain the reputation of these trademarks.

35.     Wargaming's trademarks WORLD OF TANKS BLITZ, WORLD OF
WARSHIPS BLITZ, and BLITZ have acquired secondary meaning in the U.S. and

1 worldwide, and are instantly recognizable and associated by the relevant consumers
2 in the U.S. with Wargaming and its mobile video MMO game products with a
3 military theme.

4     36.    Wargaming owns federal registrations of the trademarks WORLD OF
5 TANKS BLITZ and WORLD OF WARSHIPS BLITZ, and owns common law
6 rights in the trademark BLITZ alone.

7 **BLITZTEAM'S PRIOR EMPLOYMENT WITH WARGAMING**

8     37.    Wargaming has reasonable grounds to believe that BlitzTeam was set
9 up by former employees of Wargaming, who focused on the development of the
10 *World of Tanks Blitz* game when working for Wargaming.  Attached hereto as
11 **Exhibit C** is a true and correct copy of a letter from the Ministry of Justice of the
12 Republic of Belarus attaching an extract from the Republic of Belarus' Unified
13 State Register of Legal Entities and Individual Entrepreneurs as of October 4, 2018.
14 The extract supplied by the Belarus authorities shows that Blitz Team was formed
15 and is owned by Kleshchenko Viktor Konstantinovich and Polyakov Kirill
16 Nikolaevich, and that the entity was formed on April 28, 2018.  Before leaving their
17 employment with JLLC GameStream (a company within the Wargaming Group),
18 Mr. Kleschenko was Lead Tools Developer and Mr. Polyakov was the Product
19 Manager for the *World of Tanks Blitz* game.  Mr. Polyakov quit his employment by
20 JLLC GameStream on April 27, 2018, the day before BlitzTeam was formed.

21     38.    Wargaming has reasonable grounds to suspect that BlitzTeam, through
22 its agents and employees, improperly encouraged, induced, or solicited more than
23 thirty (30) employees of Wargaming to join BlitzTeam, such former employees
24 being part of Wargaming's own "Blitz Team" referred to in Paragraph 2 above.
25 These suspicions are supported, amongst others, by various posts by numerous
26 former employees of Wargaming on their profiles on social media platforms, such
27 as Facebook and LinkedIn, reflecting that they were employed with Wargaming
28 and are now employed by BlitzTeam.  For example, the Facebook profile of former

1    employee UX Designer Artem Mazurkevich (Артём Мазуркевич) states that he
2    was an employee of the Wargaming Global Team from December 2015 until
3    October 2018, at which time he became employed at "Blitz Team" as a UX Expert.
4    Also, Volha Mamul's (Ольга Мамуль) profile reveals that she is an employee of
5    BlitzTeam while in the past she worked as a Project Manager for Wargaming.

6        39.    Wargaming's "Blitz Team" was formed in approximately 2013 in
7    connection with an agreement known as the Transfer of Rights & Future
8    Cooperation Agreement ("TRFCA"), a true and correct copy of which is attached
9    hereto as **Exhibit D**.  By that agreement, Mr. Karpiuk, Mr. Baradouski, Mr. Drozd,
10   and Mr. Babraunichy conveyed certain software to Wargaming, and agreed to work
11   on the *World of Tanks Blitz* game for Wargaming.  The agreement also required
12   Wargaming to employ Mr. Kleschenko and Mr. Polyakov as "Key Personnel" for
13   the development of the *World of Tanks Blitz* game.

14       40.    Wargaming has paid the DAVA Individuals in excess of US
15   $10,000,000 under the TRFCA.

16       41.    The TRFCA required the DAVA Individuals to enter into "Non-
17   Compete and Non-Solicitation Agreements."  Attached hereto as **Exhibit E** are true
18   and correct copies of the executed Non-Compete and Non-Solicitation Agreements.

19       42.    Section 2.1 of the Non-Competition and Non-Solicitation Agreements
20   obligates the DAVA Individuals not to "personally or through others encourage,
21   induce, attempt to induce, solicit or attempt to solicit (on [their] own behalf or on
22   behalf of any other person or entity), or take any other action which is intended to
23   induce or encourage, or has the effect of inducing or encouraging, any employee of
24   the Wargaming Group to leave his or her employment with the Wargaming Group
25   to engage in a Prohibited Activity with [the DAVA Individuals]."  The DAVA
26   Individuals were obligated not to solicit Wargaming's employees "commencing on
27   the Effective Date and ending on the one (1)-year anniversary of the Employment
28   Termination."  The "Effective Date" is defined as the date of the execution of the

1    TRFCA (August 27, 2013).

2        43.    Section 1.2 of the Non-Competition and Non-Solicitation Agreements

3    defines "Prohibited Activity" to include:  "(a) [to] participate or engage, anywhere

4    in the Restricted Territory, in any business (including research and development),

5    operations, activities and/or services, that are or involve the creation, design,

6    development, modification, marketing, licensing, sale or other distribution of (1)

7    any Multiplayer Online Battle Arena (MOBA) electronic or video games, massively

8    multiplayer online games, multi- and single player electronic and video games

9    (whether for gaming consoles, PCs, hand-held devices, including tablets, mobile

10   and cell phone devices, or any other electronic platforms), where any such games

11   feature the use of tanks, warplanes, battleships, helicopters, or robots, or (2) games

12   that are based in significant part on elements substantially similar to those in the

13   Game and/or [WOTB] (as defined in the  [TRFCA]), and/or any other electronic

14   and video games that are currently are [sic] planned and/or being developed by

15   Wargaming Group, without regard to [the DAVA Individuals'] actual involvement

16   into the development of such ) ('Competing Business Purpose'); (b) be or become

17   an officer, director, stockholder, owner, Affiliate, salesperson, co-owner, partner,

18   trustee, promoter, technician, engineer, analyst, employee, agent, representative,

19   supplier, contractor, consultant, advisor or manager of or to, or otherwise acquire or

20   hold any interest in, or participate in or facilitate the financing, operation,

21   management or control of, or otherwise assist any firm, partnership, corporation,

22   person, entity or business that engages or participates in a Competing Business

23   Purpose in the Restricted Territory."

24       44.    Over the course of the six months after the DAVA Individuals left

25   Wargaming's employ, from May 2018 to October 2018, thirty-four (34) employees

26   left Wargaming and joined BlitzTeam.  The bulk of the improper hires occurred in

27   May 2018 (the same month the DAVA Individuals left Wargaming), when twenty-

28   three (23) members of Wargaming's mobile development team joined BlitzTeam.

45.     Wargaming is informed and believes that the DAVA Individuals, as well as others working in concert with the DAVA Individuals, contacted Wargaming employees on behalf of BlitzTeam.

46.     On February 20, 2018, Mr. Baradouski told one of Wargaming's employees that the DAVA Individuals planned to leave Wargaming to start a new company, and asked the employee to join their new company.  Mr. Baradouski instructed the employee to keep the departure plan secret, and revealed that only eight people knew about the departure plan.  The eight people included the DAVA Individuals, as well as Mr. Polyakov and Mr. Kleschenko, who are the two former employees that formed BlitzTeam less than two months later.  At the time of the conversation, the DAVA Individuals, Mr. Polyakov and Mr. Kleschenko were employed by Wargaming.

47.     Around that same time, Mr. Karpiuk separately met with another of Wargaming's employees and, on information and belief, revealed the departure plan.  Wargaming's employee later left his employment, and joined BlitzTeam.

### BLITZ TEAM AND ITS INFRINGING ACTIONS

48.     On or about May 2018, Wargaming received notice for the first time of BlitzTeam's establishment in Belarus, and of BlitzTeam's efforts to develop and release a new action mobile video game with a military theme in the global market.

49.     Like Wargaming's *World of Tanks Blitz* and *World of Warships Blitz* games, BlitzTeam's first game, *Battle Prime*, is a free-to-play multiplayer shooter with a military theme.  On information and belief, the battles in BlitzTeam's *Battle Prime* game last approximately five minutes.  In each game, two teams of up to six players must face each other in a virtual world, where the goal is to earn points and move up the leaderboard by destroying as many enemies as possible.  Every time a player destroys an enemy, the player earns points.  Players play with "primes," i.e., universal war avatars with unique attack abilities.  Every prime has its own tactics and characteristics.  Each time the player joins a new battle or rejoins a battle after

the player's avatar is killed, the player switches to another one of the player's prime avatars.

50.     BlitzTeam released *Battle Prime* in the U.S. on December 11, 2019. As with Wargaming's *World of Tanks Blitz* and *World of Warships Blitz* games, the *Battle Prime* game is available for download via the Apple App Store and, until recently, was available for download via Google's Google Play Store.  The *Battle Prime* game has generated significant revenue through the Apple App Store, mainly through users' purchase of in-app purchases.  On information and belief, Apple collects this revenue for BlitzTeam and retains a percentage of it.

51.     Until BlitzTeam changed its name to Press Fire Games LLC, the *Battle Prime* game, its related apps on the Apple App Store and Google Play, and BlitzTeam's own websites (www.battleprime.com and www.blitzteam.com) all made unauthorized use of the BLITZ trademark, either as part of BlitzTeam's corporate name or as part of the trademarks BLITZ TEAM and BLITZ ENGINE, and stylized versions thereof.  Attached hereto as **Exhibit F** are true and correct copies of screenshots and extracts from the Apple App Store, Google Play, BlitzTeam's websites www.battleprime.com and www.blitzteam.com, and www.battleprime.com's "Terms of Use" "Privacy Policy," all showing BlitzTeam's unauthorized use of the BLITZ mark and corporate name in the U.S.

52.     BlitzTeam registered BLITZ TEAM, BLITZ TEAM & Design, and BLITZ ENGINE in Belarus as national trademarks, which then served as the basis for the subsequent filing by BlitzTeam of the following three International BLITZ trademark applications:  IR 1475283 BLITZ TEAM in Class 42; IR 1474692 BLITZ TEAM & Design in Class 42; and IR 1478842 BLITZ ENGINE in Class 9. The International applications were filed with the World Intellectual Property Office ("WIPO") under the Madrid Protocol and were extended to the U.S. and to other jurisdictions.

53.     Wargaming immediately took steps and is currently in the process of

taking further legal steps in Belarus, the U.S., and in other jurisdictions worldwide to oppose BlitzTeam's trademark applications or, as the case may be, to cancel the resulting registrations on the basis of Wargaming's prior rights in its well-known trademarks WORLD OF TANK BLITZ, WORLD OF WARSHIPS BLITZ, and BLITZ.

54.   On May 29, 2020, Wargaming filed a consolidated notice of opposition with the Trademark Trial & Appeal Board of the U.S. Patent & Trademark Office opposing registration of BlitzTeam's pending applications to register BLITZ TEAM (Ser. No. 79/262,236) and BLITZ TEAM (Stylized) (Ser. No. 79/261,988), which proceeding is captioned *Wargaming.net Limited Liability Company v. Limited Liability Company "BlitzTeam"* and has been assigned Opposition No. 91-256209.

55.   Not only did BlitzTeam attempt to confuse the public into believing it and its *Battle Prime* game were associated with Wargaming by impermissibly using the BLITZ mark, *Battle Prime* copies and is derived from Wargaming's copyrighted source code.

56.   Beginning no later than 2017, the DAVA Individuals began developing a new game engine – incorporating, among other things, NVIDIA's Gameworks PhysX Code, which has robust support for 3D-human characters – and a new server, neither of which were necessary for the development or operation of the *World of Tanks Blitz* game.

57.   In September 2017, once those two technologies were sufficiently developed, the DAVA Individuals began writing the game code for a new shooter game that would feature animated, 3D-human characters.  Work on the game code for a new shooter game is memorialized in Jira tickets that were created on September 13, 2017, which included comments from the DAVA Individuals:  (a) indicating that they wanted to make a game akin to *Battlefield*, a popular first-person shooter game franchise; and (b) suggesting that they build the prototype

1   directly in "NetworkTestGame."  NetworkTestGame refers to a set of source code

2   in the new server branch of the source code repository, which is used for a 3D

3   multiplayer shooter game.

4        58.    The DAVA Individuals expended significant effort and manpower

5   developing NetworkTestGame.  On information and belief, a team of at least 20

6   individuals developed the code for the new engine over nearly a year, creating or

7   modifying more than 250,000 lines of code.  Also, on information and belief, at

8   least 14 individuals contributed source code to the code for the new server and the

9   NetworkTestGame, creating or modifying 182,723 lines of code.

10       59.    On information and belief, many of the individual developers that

11  worked on NetworkTestGame joined Blitz Team.

12       60.    *Battle Prime* uses the same NVIDIA PhysX libraries that the DAVA

13  Individuals and their team spent months learning to use at Wargaming's expense.

14       61.    Before the DAVA Individuals left Wargaming, they uploaded the

15  source code for NetworkTestGame to GitHub, a public repository for code and

16  software development, and therefore had access to this source code after their

17  departure.  There was no legitimate business reason benefiting Wargaming for the

18  DAVA Individuals to upload the source code for NetworkTestGame to GitHub, and

19  they did so without the authorization of, in violation of duties they owed to,

20  Wargaming.

21       62.    Blitz Team released *Battle Prime* a mere eighteen months after the

22  termination of the DAVA Individuals.

23       63.    NetworkTestGame and *Battle Prime* share numerous areas of

24  similarity in overall game design, graphics, user interface, and environment, all of

25  which is determined, of course, by the code underlying the games.  The below

26  graphic depicts and summarizes just a few of these similarities:

27  / / /

28  / / /



64.     Wargaming, through its affiliate JLLC GameStream, has made
numerous requests to *BlitzTeam* to provide it with the computer code of the *Battle
Prime* game for the purpose of its comparison by experts in order to ascertain if it
includes any part of the computer code of the DAVA Framework.  So far,
BlitzTeam has refused to respond to JLLC GameStream's requests.

**APPLE'S REFUSAL TO ACT ON WARGAMING'S NOTIFICATION OF
CLAIMED INFRINGEMENT**

65.     On September 15, 2020, Wargaming submitted a notice of claimed
infringement to Apple's designated copyright agent pursuant to 17 U.S.C. §
512(c)(3).  The notification included the following:  (i) a physical or electronic
signature of a person authorized to act on behalf of Wargaming, namely,
Wargaming's undersigned counsel Chris Ponder; (ii) the identification of the
copyrighted work claimed to have been infringed, namely, Wargaming's "Network

Test Game Release for Dava Framework"; (iii) the identification of the material that is claimed to be infringing, namely, "Battle Prime: Epic PvP Shooter"; (iv) information reasonably sufficient to permit the service provider to contact Wargaming's counsel; (v) a statement that Wargaming has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and (vi) a statement that the information in the notification is accurate, and under penalty of perjury, that Wargaming's counsel is authorized to act on behalf of Wargaming.  A true and correct copy of the notification is attached hereto as **Exhibit G**.

66.    On September 17, 2020, Apple confirmed receipt of the notification by email, a true and correct copy of which is attached hereto as **Exhibit H**.

67.    On September 23, 2020, Apple responded to Wargaming's notification, alleging that it was "a duplicate complaint," confusing Wargaming's notification with an unrelated notification it had submitted related to an interim injunction issued by the courts of the Republic of Cyprus.  Wargaming responded to Apple that same day to clarify Apple's confusion.  Nevertheless, Apple still refused to disable access to or remove *Battle Prime* from the Apple App Store, and on September 30, 2020, sent Wargaming an email stating that it "cannot serve as arbiter for disputes among third parties" and telling Wargaming to "work directly with [BlitzTeam] to resolve any concerns you have."  A true and correct copy of Wargaming's email exchange with Apple is attached hereto as **Exhibit I**.

68.    On October 5, 2020, Wargaming again contacted Apple and explained that despite Wargaming's notification, Apple "DID NOT transmit the Notice of Claimed Infringement to the application developer, DID NOT remove the infringing content expeditiously, and DID NOT provide a counter-notice in lieu of removing the infringing content."  Wargaming requested Apple reexamine the issue.  A true and correct copy of Wargaming's email to Apple is attached hereto as **Exhibit J**.

69.   Despite Wargaming's extraordinary efforts, Apple still refused to disable access to or remove *Battle Prime* from the Apple App Store.  Instead, on October 8, 2020, Apple merely notified BlitzTeam of Wargaming's notification and of BlitzTeam being "responsible for any liability to Apple in connection with this matter."  A true and correct copy of Apple's email to BlitzTeam is attached hereto as **Exhibit K**.

70.   Apple has never contested the sufficiency of Wargaming's notification under the DMCA or claimed that it needed additional information to act upon it.

71.   In sum, to date, and despite numerous follow-up correspondences from Wargaming, Apple has not, per 17 U.S.C. § 512(c)(1)(C), "respond[ed] expeditiously to remove, or disable access to, the material that is claimed to be infringing or to be the subject of infringing activity."  Instead, Apple continues to market, host, and distribute *Battle Prime* as well as collect additional revenue earned from sales of in app purchases.

## FIRST CAUSE OF ACTION

### Copyright Infringement

72.   Wargaming repeats and realleges each and every allegation of paragraphs 1 through 71, above, as though fully set forth herein.

73.   Wargaming is the owner of the copyright in the source code for NetworkTestGame, which is the subject of a valid copyright registration with the U.S. Copyright Office, as reflected below:

| Title | Reg. Date | Reg./App. No. | Status |
|---|---|---|---|
| Network Test Game Release for Dava Framework. | June 30, 2020 | TX0008881797 | Registered |

74.   The source code for NetworkTestGame is an original work of authorship owned by Wargaming, is copyrightable subject matter under the laws of

the United States, and was sufficiently fixed in a tangible medium.

75.   BlitzTeam had access to the source code for NetworkTestGame.  The source code was developed by former employees of Wargaming who are now employed by BlitzTeam.  These individuals saved this source code to GitHub so they could access and use it after they left Wargaming's employ.

76.   BlitzTeam's *Battle Prime* game unlawfully copies and reproduces, and is a derivative work based upon, the source code for NetworkTestGame.

77.   Upon information and belief, BlitzTeam was at all material times aware that its use of the source code, in the absence of a valid license or other agreement authorizing BlitzTeam to use it and/or to edit, alter, and/or otherwise modify it, or prepare derivative works based upon it, without Wargaming's prior written approval, would constitute copyright infringement.  Wargaming has not granted to BlitzTeam any such right or license.

78.   Apple markets, hosts, and distributes the *Battle Prime* game on the Apple App Store.  Apple reproduces the *Battle Prime* game and its underlying code in the course of hosting and distributing the game.

79.   Apple directly benefits from BlitzTeam's infringement of the source code for NetworkTestGame.  Among other things, it earns a share of all in-app purchases made in the *Battle Prime* Game.

80.   Apple has the right and ability to supervise and control the infringing activity of BlitzTeam.  Namely, Apple has the right and ability to take down or disable the *Battle Prime* game.

81.   Apple has failed to exercise its right and ability to supervise and control the infringing activity of BlitzTeam.  Namely, Apple has refused to take down or disable the *Battle Prime* game despite receiving a notification of claimed infringement from Wargaming pursuant to and compliant with 17 U.S.C. § 512(c)(3).

82.   By failing to expeditiously remove *Battle Prime* from the Apple App

Store after receiving notice from Wargaming, by having actual and constructive knowledge of the infringement, and by obtaining a direct financial benefit from the infringement while failing to control infringement on its platforms, Apple is unable to avail itself of any of the safe harbors of 17 U.S.C. § 512, *et seq.*, to the extent that any of those safe harbors ever were even arguably available to Apple.

83.    Apple's acts constitute infringement of Wargaming's copyright described above in violation of 17 U.S.C. § 501.

84.    Wargaming is informed and believes and on that basis alleges that Apple had full knowledge that its acts are wrongful and unlawful and has continued to infringe said copyrights, throughout the U.S. and various other territories of the world.

85.    By reason of the foregoing, Wargaming has suffered damages in an amount to be determined at trial, and is entitled to all damages suffered by Wargaming, along with all gains, profits and advantages derived by Apple from the acts of infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Wargaming prays that this Court enter judgment against Apple as follows:

1.    Finding that Apple has infringed Wargaming's copyrighted source code under 17 U.S.C. § 501;

2.    Ordering that Apple and, as applicable, its officers, agents, servants, directors, employees, servants, partners, representatives, assigns, successors, related companies, and attorneys and all persons in active concert or participation with Apple or with any of the foregoing be enjoined preliminarily during the pendency of this action and permanently thereafter from:

a.    Copying or creating derivative works based on Wargaming's source code or any other copyrightable subject matter related to NetworkTestGame or any works substantially similar thereto, including, but not limited to, the *Battle*

1    *Prime* game, or engaging in any act in violation of Wargaming's copyrights,

2    including, but not limited to, inducing, causing, or materially contributing to the

3    infringing conduct of any third party copying or creating derivative works based on

4    Wargaming's source code or any other copyrightable subject matter related to

5    NetworkTestGame, or any works substantially similar thereto; and

6         b.    Knowingly assisting, inducing, aiding, or abetting any other

7    person or business entity in engaging in or performing any of the activities referred

8    to in paragraph 2(a) above.

9         3.    Ordering that Wargaming is the exclusive owner of the copyright in

10   the source code for NetworkTestGame and that such copyright is valid and

11   protectable;

12        4.    Ordering that Apple be required to permanently delete any works of

13   authorship, including source code, in their possession, custody, or control copying

14   or derived from the source code for NetworkTestGame;

15        5.    Granting an award of damages suffered by Wargaming according to

16   proof at the time of trial;

17        6.    Ordering that Apple account to Wargaming for any and all profits

18   earned as a result of Apple's acts in violation of Wargaming's rights under the

19   Copyright Act;

20        7.    For pre-judgment interest on any recovery by Wargaming;

21        8.    Granting an award of Wargaming's costs; and

22   / / /

23

24   / / /

25

26   / / /

27

28   / / /

- 21 -

1      9.      Granting such other and further relief as is just and proper.

2                                          Respectfully submitted,

3                                          SHEPPARD MULLIN RICHTER & HAMPTON LLP

4

5    Dated:  February 5, 2021              By: /s/Chris Ponder
                                               Jill M. Pietrini
6                                              Chris Ponder
                                               Paul A. Bost
7
                                            Attorneys for Plaintiff
8                                           WARGAMING.NET LIMITED

9

10                              **JURY DEMAND**

11   Plaintiff demands a trial by jury of all issues triable by jury.

12                                          Respectfully submitted,

13                                          SHEPPARD MULLIN RICHTER & HAMPTON LLP

14

15   Dated:  February 5, 2021              By: /s/Chris Ponder
                                               Jill M. Pietrini
16                                             Chris Ponder
                                               Paul A. Bost
17
                                            Attorneys for Plaintiff
18                                          WARGAMING.NET LIMITED

     SMRH:4850-5286-2426.3
19

20

21

22

23

24

25

26

27

28